UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDON B. MILLER, | CASE NO. CV F 10-0882 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| SEARS HOLDINGS CORPORATION, | |
| Defendant. / | |

The parties' counsel have notified this Court that settlement has been reached and that the parties are preparing settlement papers. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 6, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated: November 15, 2010**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE