DAVID L. AXELROD, Calif. State Bar No. 138790,
Sierra Law Office of David L. Axelrod,
87 North Washington Street,
Sonora, CA  95370
Telephone:  (209) 533-4270
Facsimile: (209) 533-8218
Attorney for Plaintiff LYNDON B. MILLER

LYNDON MILLER GARY R. BASHAM (SBN 130119)
KELLEY S. KERN (SBN 221265)
BASHAM LAW GROUP
701 University Avenue, Suite 220 Sacramento, California 95825
Telephone: (916) 993-4840
Attorneys for Defendant SEARS HOLDINGS CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| LYNDON B. MILLER,<br><br>                              Plaintiff<br><br>vs.<br><br>SEARS HOLDING CORPORATION, et al.,<br><br>                              Defendants | Case No. 1:10-CV-00882-LJO-GSA<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |
|---|---|

### STIPULATION OF DISMISSAL

Pursuant to a Settlement Agreement and Release between Plaintiff, LYNDON B. MILLER, and Defendant SEARS ROEBUCK AND CO. (erroneously sued as SEARS HOLDINGS CORPORATION) and pursuant to F.R.C.P 41(a)(1)(A)(ii), the Parties hereby request that the entire action be dismissed with prejudice.

SIERRA LAW OFFICE OF DAVID L. AXELROD

Dated: December  29 , 2010        */s/ David L. Axelrod*
                                  DAVID L. AXELROD,
                                  Attorney for Plaintiff LYNDON B. MILLER

BASHAM LAW GROUP

Dated: December _21_, 2010          By:      /s/ *Kelley S. Kern*
                                    GARY R. BASHAM
                                    KELLEY S. KERN
                                    Attorneys for Defendant
                                    SEARS HOLDING CORPORATION

## **ORDER**

IT IS HEREBY ORDERED that the Complaint of Plaintiff, USDC Case No. 1:10-CV-00882-LJO-GSA, is dismissed with prejudice.

January 11, 2011___          _/s/ Lawrence J. O'Neill_____
DATED:                       UNITED STATES DISTRICT COURT JUDGE

DAVID L. AXELROD, Attorney at Law
87 No. Washington Street,
Sonora, CA  95370
(209) 533-4270